United States District Court
Southern District of Texas
**ENTERED**
May 02, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TEXAS MEDICAL TECHNOLOGY, INC., *et al.*, | § § § § § § § § § § § | |
| Plaintiffs, | | |
| VS. | | NO. 3:22-CV-244 |
| AMEGY BANK OF TEXAS, *et al.*, | | |
| Defendants. | | |

# FINAL JUDGMENT

Pursuant to the court's memorandum opinion, Dkt. 21, entered in this case granting the defendants' motion to dismiss, Dkt. 11, it is ordered that this case is dismissed with prejudice.

**THIS IS A FINAL JUDGMENT.**

All pending motions are denied as moot.

The clerk will provide copies of this judgment to the parties.

Signed on Galveston Island this 2nd day of May, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE